**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 145 WM 2018
                 :
            Respondent :
                 :
                 :
            v. :
                 :
                 :
LARRY KERMIT RANKIN, JR., :
                 :
            Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of October, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.